IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TERESA FORSYTHE | : |
| | : CIVIL CASE NO.: 1:11-cv-2940 |
| Plaintiff | : |
| | : |
| v. | : COMPLAINT - CIVIL ACTION |
| | : |
| COLLECTO, INC. | : |
| | : |
| Defendant | : |
| | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff by and through her attorneys, Charles A. Gilman and Charles A. Gilman, LLC, hereby dismisses the above-captioned matter, *with prejudice*.

Respectfully submitted,

CHARLES A. GILMAN, L.L.C.


__/s/ Charles A. Gilman_____
Charles A. Gilman
CHARLES A. GILMAN, L.L.C.
108 W. Timonium Road, Suite 203
Timonium, Maryland 21093
(410) 560-4999

*Attorney for Plaintiff*